# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| SGK VENTURES, LLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) Case No. 13-37603 |
| | ) |
| | ) Honorable Donald R. Cassling |
| KELLY BEAUDIN STAPLETON, solely in her capacity as Trustee of the SGK Ventures, LLC Liquidating Trust, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adv. No. 13-01411 |
| | ) |
| NEWKEY GROUP, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Defendants NewKey Group, LLC and NewKey Group II, LLC appeal under 28 U.S.C. § 158(a)(1) from the *Judgment Order* entered in the above-captioned adversary proceeding on the 30th day of November, 2015 [Docket No. 241].

The names of all parties to the judgment, order or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| Appellants: | NewKey Group, LLC<br>NewKey Group II, LLC |
| Attorneys for Appellants: | Steven B. Towbin (2848546)<br>Terence G. Banich (6269359)<br>Gordon E. Gouveia (6282986)<br>Shaw Fishman Glantz & Towbin LLC<br>321 N. Clark St., Suite 800<br>Chicago, Illinois  60654<br>(312) 541-0151<br>stowbin@shawfishman.com<br>tbanich@shawfishman.com<br>ggouveia@shawfishman.com |

{10758-002 NTC A0425217.DOC}

| Appellee: | Kelly Beaudin Stapleton, solely in her capacity as Trustee of the SGK Ventures, LLC Liquidating Trust |
|---|---|
| Attorneys for Appellee: | David A. Agay<br>Micah E. Marcus<br>McDonald Hopkins LLC<br>300 N. LaSalle St., Ste. 2100<br>Chicago, Illinois  60654<br>dagay@mcdonaldhopkins.com<br>mmarcus@mcdonaldhopkins.com |

Dated:  December 11, 2015

Respectfully submitted,

**NEWKEY GROUP, LLC**
**NEWKEY GROUP II, LLC**

/s/ Gordon E. Gouveia
One of their attorneys

Steven B. Towbin (2848546)
Terence G. Banich (6269359)
Gordon E. Gouveia (6282986)
Shaw Fishman Glantz & Towbin LLC
321 N. Clark, Suite 800
Chicago, Illinois 60654
(312) 541-0151
stowbin@shawfishman.com
tbanich@shawfishman.com
ggouveia@shawfishman.com

{10758-002 NTC A0425217.DOC}