# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| SGK VENTURES, LLC, ) | Chapter 11 |
| ) | |
| Debtor. ) | Case No. 13-37603 |
| ) | |
| ) | Honorable Donald R. Cassling |
| ) | |
| KELLY BEAUDIN STAPLETON, solely ) | |
| in her capacity as Trustee of the SGK ) | |
| Ventures, LLC Liquidating Trust, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Adv. No. 13-01411 |
| v. ) | |
| ) | |
| NEWKEY GROUP, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEAL

Plaintiff Kelly Beaudin Stapleton, solely in her capacity as Trustee of the SGK Ventures, LLC Liquidating Trust, appeals under 28 U.S.C. § 158(a)(1) from the Judgment Order entered in the above-captioned adversary proceeding on November 30, 2015 [Docket No. 241]. A copy of the Judgment Order is attached hereto as Exhibit A.

The names of all parties to the judgment, order or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| Appellant: | Kelly Beaudin Stapleton, solely in her capacity as Trustee of the SGK Ventures, LLC Liquidating Trust |

{5857475:}

| Attorneys for Appellant: | David A. Agay (6244314)<br>Micah E. Marcus (6257569)<br>Sean D. Malloy (ARDC No. 6217401)<br>Micah E. Marcus (ARDC No. 6257569)<br>Christopher G. Dean (ARDC No. 6292676)<br>Joshua A. Gadharf (ARDC No. 6296543)<br>McDonald Hopkins LLC<br>300 N. LaSalle St., Ste. 2100<br>Chicago, Illinois 60654<br>(321) 280-0111<br>dagay@mcdonaldhopkins.com<br>smalloy@mcdonaldhopkins.com<br>mmarcus@mcdonaldhopkins.com<br>cdean@mcdonaldhopkins.com<br>jgadharf@mcdonaldhopkins.com |
|---|---|
| Appellees: | NewKey Group, LLC<br>NewKey Group II, LLC<br>KCL Management Corp.<br>J. Mark Lozier<br>Joel D. Tauber<br>Michael Rosenberg<br>Michael C. Sheffieck<br>Karen A. Beninato<br>Thomas P. Bertrand<br>Amy Fleissner<br>Kluska Family Limited Partnership<br>Loganberry, L.L.C.<br>Lawrence Plant<br>Platt Family Limited Partnership<br>Bernard E. Platt Trust UAD 12/20/95<br>Michael J. Pugliese<br>Anne Rizzo<br>Rosenberg Family, L.L.C.<br>Tamarack L.P.<br>Tauber-Keywell Family L.L.C.<br>Tauber-Keywell II, LLC<br>Joel D. Tauber Trust<br>John A. Toth Trust<br>Dennis C. Trostle<br>Linda A. Trostle<br>Michael C. Sheffieck Trust<br>Louis E. Wagner, Jr.<br>Ken Kluska<br>Bernard E. Platt, Jr.<br>Philip Rosenberg |

|  | Tauber Enterprises LLC |
|---|---|
| Attorneys for Appellees: | Steven B. Towbin (2848546)<br>Terence G. Banich (6269359)<br>Gordon E. Gouveia (6282986)<br>Shaw Fishman Glantz & Towbin LLC<br>321 N. Clark St., Suite 800<br>Chicago, Illinois 60654<br>(312) 541-0151<br>stowbin@shawfishman.com<br>tbanich@shawfishman.com<br>ggouveia@shawfishman.com |

Dated:  December 14, 2015

Respectfully submitted,

KELLY BEAUDIN STAPLETON, solely in her capacity as Trustee of the SGK Ventures, LLC Liquidating Trust

/s/ Micah E. Marcus
One of their Attorneys

David A. Agay (6244314)
Micah E. Marcus (6257569)
Sean D. Malloy (ARDC No. 6217401)
Micah E. Marcus (ARDC No. 6257569)
Christopher G. Dean (ARDC No. 6292676)
Joshua A. Gadharf (ARDC No. 6296543)
McDonald Hopkins LLC
300 N. LaSalle St., Ste. 2100
Chicago, Illinois 60654
(312) 280-0111
dagay@mcdonaldhopkins.com
smalloy@mcdonaldhopkins.com
mmarcus@mcdonaldhopkins.com
cdean@mcdonaldhopkins.com
jgadharf@mcdonaldhopkins.com